## BLANKINSHIP et al. v. MAY.

HILL, J. An application was made to probate as a will an instrument which, omitting the description of the land therein contained, was as follows: "This indenture made this 7th day of November, 1908. I, Richard R. T. May, will to my wife, Sallie V. May, my land containing 150 acres, more or less, in Laurens County, Buckeye District, to

have and to hold and to make any disposition of this land as she may think best, bounded [here follows description of land]. I also will to my wife all my land deeds and all other papers that I have on hand at my death. I will to my wife my perishable property. I appoint my wife, Sallie V. May, executrix to execute my will after my death. I request of her to settle up my debts as soon as the nature of the case will admit it. R. R. T. May. Signed, sealed, and delivered in presence of: J. R. Cherry, Com. N. P. J. C., W. M. J. May, W. D. Sumner, J. P." The sole issue was whether the instrument was entitled to probate as a will. The trial judge rendered judgment in the affirmative, and the caveators excepted. *Held*, the instrument plainly appearing to be testamentary in character, and being sufficiently attested to be upheld as a will, the court did not err in holding it entitled to probate as such.

*Judgment affirmed. All the Justices concur, except Atkinson, J., absent.*

APRIL 23, 1914.

Probate of will. Before Judge Hawkins. Laurens superior court. April 24, 1913.

*J. L. Kent,* for plaintiff in error. *E. L. Stephens,* contra.